UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM FIGUEROA,

                      Petitioner,

        -against-

WILLIAM F. KEYSER,

                      Respondent.

20-CV-3216 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued April 24, 2020, denying the petition,

    IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice to the pending action under case number 20-CV-3013 (JGK). Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   April 24, 2020
          New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge